IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY LEE MARSHALL                                                                              PLAINTIFF
ADC #97894

V.                                       NO.  5:07cv00218 JMM

GARY YOUNG, et al                                                                          DEFENDANTS

### JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 30th  day of October, 2007.


_____
UNITED STATES DISTRICT JUDGE